# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| HOWARD JAMES REDMOND BEY § § v. § Civil Action No. 4:22-CV-406 § (Judge Mazzant/Judge Nowak) ALESSANDRO P. DINELLO, § d/b/a Flagstar Bank, FSB § § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 21, 2023, the report of the Magistrate Judge (Dkt. #21) was entered containing proposed findings of fact and recommendations that Defendant Alessandro P. DiNello's Motion to Dismiss (Dkt. #5) be granted, Plaintiff Howard James Redmond Bey's Motions (Dkts. #6; 10; 12; 16; 18) each be denied, and Plaintiff's complaint in the instant cause be dismissed.

Having received the report of the Magistrate Judge, considered Plaintiff's Objection (Dkt. #22), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Alessandro P. DiNello's Motion to Dismiss (Dkt. #5) is **GRANTED**.

It is further **ORDERED** that Plaintiff Howard James Redmond Bey's Motions for Summary Judgment (Dkts. #6; 10; 12; 16) and Motion for Declaratory Judgment (Dkt. #18) are each **DENIED**.

It is finally **ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 14th day of March, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE